Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Arkansas

Circuit Division

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 2 0 2026

TAMMY H DOWNS, CLERK

By:_____
DEP CLERK

|  |  |
|---|---|
| **Casey D Norment** | Case No. _2:26CV112-LPR_ |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

**State of Arkansas; State of Tennessee**

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

This case assigned to District Judge _Rudofsky_
i to Magistrate Judge _Ervin_

## COMPLAINT AND REQUEST FOR INJUNCTION

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Casey D Norment |
| Street Address | 2612 East Monroe Avenue |
| City and County | West Memphis, Crittenden |
| State and Zip Code | Arkansas 72301 |
| Telephone Number | 901-352-8566 |
| E-mail Address | Escllc.arkansas@gmail.com |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Le Bonheur Children's Hospital |
| Job or Title *(if known)* | Healthcare organization |
| Street Address | 848 Adams Street |
| City and County | Memphis, Shelby |
| State and Zip Code | Tennessee, 38104 |
| Telephone Number | 901.516.1000 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Baptist Memorial Hospitals- West Memphis/Jonesboro |
| Job or Title *(if known)* | Healthcare organization |
| Street Address | 2100 North Seventh Street/4800 East Johnson Avenue |
| City and County | West Memphis, Crittenden/Jonesboro, Craighead |
| State and Zip Code | Arkansas 72301/72405 |
| Telephone Number | 870.394.7800/870.936.1000 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Bluff City Vascular |
| Job or Title *(if known)* | Healthcare organization |
| Street Address | 2200 Union Avenue |
| City and County | Memphis Shelby |
| State and Zip Code | Tennessee, 38104 |
| Telephone Number | 901.726.1130 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Methodist University Hospital |
| Job or Title *(if known)* | Healthcare organization |
| Street Address | 1265 Union Avenue |
| City and County | Memphis, Shelby |
| State and Zip Code | Tennessee 38104 |
| Telephone Number | 901.516.7000 |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Saint Francis Hospital – Bartlett |
| Job or Title *(if known)* | Healthcare organization |
| Street Address | 926 Kate Bond Road |
| City and County | Bartlett Shelby |
| State and Zip Code | Tennessee, 38133 |
| Telephone Number | 901.820.7000 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Fresenius Kidney Care |
| Job or Title *(if known)* | Healthcare organization |
| Street Address | 310 South Rhodes Street |
| City and County | West Memphis, Crittenden |
| State and Zip Code | Arkansas, 72301 |
| Telephone Number | 870.735.5445 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Ascent Health Services |
| Job or Title *(if known)* | Healthcare organization |
| Street Address | 2410 Pine Street |
| City and County | Arkadelphia Clark |
| State and Zip Code | Arkansas, 71923 |
| Telephone Number | 870.245.2210 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Kids for the Future |
| Job or Title *(if known)* | Healthcare organization |
| Street Address | 205 Ingram Boulevard |
| City and County | West Memphis, Crittenden |
| State and Zip Code | Arkansas 72301 |

Telephone Number | 870.735.2737

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

See separate forms. Questions presented and List of Parties involved title pages.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* | Casey D Norment | , is a citizen of the State of *(name)* | Arkansas .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* | Examination Servicing Company LLC | , is incorporated under the laws of the State of *(name)* | Arkansas , and has its principal place of business in the State of *(name)* | Arkansas .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

the State of *(name)* [_____] . Or is a citizen of
*(foreign nation)* [_____] .

b.    If the defendant is a corporation

The defendant. *(name)* [ Le Bonheur Children's Hospital ] . is incorporated under
the laws of the State of *(name)* [ Tennessee ] . and has its
principal place of business in the State of *(name)* [ Tennessee ] .
Or is incorporated under the laws of *(foreign nation)* [_____] .
and has its principal place of business in *(name)* [_____] .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant. *(name)* [_____] . is a citizen of
the State of *(name)* [_____] . Or is a citizen of
*(foreign nation)* [_____] .

b.    If the defendant is a corporation

The defendant. *(name)* [ Bluff City Vascular ] . is incorporated under
the laws of the State of *(name)* [ Tennessee ] . and has its
principal place of business in the State of *(name)* [ Tennessee ] .

Or is incorporated under the laws of *(foreign nation)* [_____] .
and has its principal place of business in *(name)* [_____] .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual

   The defendant. *(name)* [                    ]. is a citizen of the State of *(name)* [                    ]. Or is a citizen of *(foreign nation)* [                    ].

   b.    If the defendant is a corporation

   The defendant. *(name)* [Methodist University Hospital]. is incorporated under the laws of the State of *(name)* [Tennessee]. and has its principal place of business in the State of *(name)* [Tennessee].

   Or is incorporated under the laws of *(foreign nation)* [                    ]. and has its principal place of business in *(name)* [                    ].

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual

   The defendant. *(name)* [                    ]. is a citizen of the State of *(name)* [                    ]. Or is a citizen of *(foreign nation)* [                    ].

   b.    If the defendant is a corporation

   The defendant. *(name)* [Saint Francis Hospital – Bartlett]. is incorporated under the laws of the State of *(name)* [Tennessee]. and has its principal place of business in the State of *(name)* [Tennessee].

   Or is incorporated under the laws of *(foreign nation)* [                    ], and has its principal place of business in *(name)* [                    ].

3.      The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

> The long-term and continued injuries the plaintiff endures are affecting other patients in critically compromised circumstances similar to the plaintiff's diagnoses and prognoses performance through vast healthcare systems. The complaint of this lawsuit will serve justice for the plaintiff, as he has suffered physiological and psychological damage and injury that cannot be reversed. Compensatory law regulation is the ultimate performance action to eliminate certain malpractices that are causing ethical dilemma to increased business costs associated with medical malpractice. Fines, penalties, and tort claims must be affirmative actions notwithstanding the reality of operational support of the misguidance witnessed from the accused healthcare facilities.

## III.      Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      Where did the events giving rise to your claim(s) occur?

> Full details are attached separately. Pg 1-12

B.      What date and approximate time did the events giving rise to your claim(s) occur?

> See full details in attached documents Pg 1-12

C.      What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

> See attached documents. Pg 1-12

## IV.    Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

> See attached documents. Pg 13-18

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

> See attached documents. Pg 19-22
> The plaintiff wishes for a trial by jury. The plaintiff seeks relief for irreparable injuries and damage to the body and environment. Expenses in court fees and medical costs, delayed growth in time in life, defamation, punitive damages, and emotional distress are key indicators for monetary compensation. The amount exceeding 75 thousand dollars

**VI.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    *7 - 6 - 2024*

Signature of Plaintiff    *Casey Norment*

Printed Name of Plaintiff    Casey D Norment

**B.    For Attorneys**

*Bernie L Edwards  7-6-26*

> BERNICE L EDWARDS
> Notary Public-Arkansas
> Crittenden County
> My Commission Expires 06-04-2034
> Commission # 00002296

Date of signing:

| | |
|---|---|
| Signature of Attorney | |
| Printed Name of Attorney | |
| Bar Number | |
| Name of Law Firm | |
| Street Address | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |

## QUESTION(S) PRESENTED

Do we know if dialysis treatments and kidney transplants are beneficial to all chronically ill patients that undergo this therapy?

Why did the kidney specialists' team at Le Bonheur Children's Hospital - Memphis, TN; Baptist Memorial Hospital – Jonesboro, AR; Fresenius Kidney Care – West Memphis, AR; St Francis Hospital – Bartlett, TN; disregard educated facts about Casey Norment's personal medical history and well-being?

Why has Casey received discrimination as a disabled patient for speaking up about inadequate quality care plans for treating damages and injuries from surgeries, intravenous (IV) therapy, and medications given to treat chronically ill patients?

Did this really occur? How should one respond to Casey's dilemma? When do the courts respond to these allegations?

`

## LIST OF PARTIES

[ ] All parties appear in the caption of the case on the cover page.

[✓] All parties **do not** appear in the caption of the case on the cover page. A list of all parties to the proceedings in the court whose judgment is the subject of this petition is as follows:

Ascent Health West Memphis, AR; Kids for the Future West Memphis, AR; Le Bonheur Children's Hospital Memphis TN; Methodist Hospital University Memphis TN; Bluff City Vascular Care Memphis TN; Baptist Health Hospitals - West Memphis/Jonesboro AR; Fresenius Kidney Care West Memphis AR; St Francis Hospital Bartlett TN.

# TABLE OF CONTENTS

STATEMENT OF CLAIM.................................................................................... 1

IRREPARABLE INJURY ................................................................................. 13

RELIEF .............................................................................................................. 19

CONCLUSION .................................................................................................. 23

CERTIFICATION AND CLOSINGS ................................................................

# INDEX TO APPENDICES

APPENDIX A ........................................................................ THE TN HEALTH
.....................................................................................COMMISSION RULING

APPENDIX B .......................................................................VOCABULARY

APPENDIX C ....................................................................CONSTITUTIONAL AND
........................................................................ STATUTORY PROVISIONS

# TABLE OF AUTHORITIES CITED

CASES                                                    PAGE NUMBER


12-CA-015150…............................................    ................................................21

L-004249-14…..............................................    ................................................21

1 CA-CV 98-0565…………......................    ................................................22

SC 16746…………...........................................    ................................................22

STATUTES AND RULES

Amdt14.S1.6.5.1 Right to Refuse Medical
Treatment and Substantive Due Process
..........................................................................    20

## STATEMENT OF CLAIM

**Le Bonheur Children's Hospital (LCH) and Affiliates**

Memphis, TN: Years 2010-2023

1. **2010-2012:** Casey Norment (CN) first admittance to Le Bonheur Children's Hospital in Memphis, TN, was for a foreign object ingestion (a gum ball sized small rubber ball) that was caused by choking before ingestion. The emergency department began to run tests and scoping reviews to check if he had a ball ingestion. There was no ball found at the time of evaluation which led to an overnight hospital stay. Three months later after being discharged from his ingestion incident, he began having seizures that were not normal, but random seizure episodes. Casey was admitted into LCH because that is the closest hospital to his home address that admits pediatric patients. When he was admitted, the medical team could not understand his seizure episode, so he was discharged home after an overnight stay to evaluate if there would be another seizure episode while he is admitted. He was again discharged with no further treatment[34,4] plan, with a prescription of Ativan (emergency anti-seizure medication, rectum injection) if the seizures persisted at home.

2. **2013-2016:** Casey's normal routine at ages 7 to 10 years were to follow up with medical specialists at LCH and affiliates and keep informing them of his progression of medicine intake and his emotional, physical, and social behavior in school and at home. At this time, he was suffering from high blood pressure, and

1

**Superscripts references Appendix B, Table of Authorities Cited (Other) respectfully.

medicine prescribed (Adderall, Prozac at 8yrs old) to CN was for attention-deficit hyperactivity disorder (ADHD) which he was prescribed by a pediatrics mental health doctor at Kids for the Future (KFF) in West Memphis, AR, who is affiliated to LCH medical specialist teams. Side effects from medicines CN have taken to reduce ADHD and seizures are known to increase heart rate, blood pressure, and thyroid pressure. This is a period of time when CN nor his close family (mom, dad, grandparents) were aware that the foreign object was lodged on the left side of his neck area and was unnoticed during first interaction with LCH mistreatments. This trauma injury caused blockage leading to high blood pressure, vasopressin restrictions of a glandular disorder, leading to low levels revealing malnourishment and vitamin deficiencies (Vitamin A, B, B12, C, D, Folate), aside from medications taken (cyclosporine, prednisone methylphenidate) that were medically unnecessary due to malpractice and neglect. The medications CN was prescribed did not recover symptoms[29] leading to chronic illnesses but became more aggressive as he grew older (kidney problems, liver damage, nerve damage, insomnia, socio-behavioral problems). During this time, CN always had gastric and circulatory clearance in normal bowel movements and urine outputs.

3. The kidney specialists during this time at Le Bonheur Children's Hospital were Ali Onder and De Los Santos, but Ali Onder was the lead physician for CN's executed decisions regarding his standard of care plan. I informed Dr. Onder of the root cause of why CN is symptomatic without known cause may be due to ingestion of a foreign object that was undiscovered earlier in the patient's medical records as unfounded. My concerns were mutely ignored, and the medical specialists continued to provide

2

**Superscripts references Appendix B, Table
of Authorities Cited (Other) respectfully.

care in the ongoing research study process related to their opinionated facts they were comfortable with; even though the treatment by medicinal intake did not cause changes in health status.

4. **2016-2017:** Dr Ali Onder is trying a new experimental treatment plan to assess the kidneys with a steroidal treatment by intravenous (IV) venipuncture therapy to rejuvenate the kidneys that began to show scarred tissues; and sodium solutions damaging the way kidneys take in nutrients and remove toxins from the body. This procedure was used in conjunction prior to hemodialysis[14], and the IV steroidal treatment caused mild to severe and more adverse seizure attacks, cardiac arrests[8,2], super reactive chemical imbalances causing vessels and tissues swelling, organ damage, and mistreatment of prescribed medicine taken. Casey's heart condition has always been a concern, but the physician ordered no further evaluations related to the other internal organs- except neurology specialist because of seizure episodes- that have been proven to cause nerve damage during this treatment plan of Solu-Medrol[28,5] IV therapy along with oral medications.

5. After the Solu-Medrol IV therapy was unsuccessful, Casey's caregiver refused ongoing treatment sessions because the last session that CN received was near fatal death. The medical specialists over his care plan had no explanations to why this happened and did not recover symptoms[29] from the IV infusions causing severe whole-body swelling, weight gain, respiratory complications, and more complications of the heart and kidneys.

.

3

**Superscripts references Appendix B, Table of Authorities Cited (Other) respectfully.

6. **2017-2019:** CN continued his oral medicine intake regimen along with quarterly hospital visits at LCH to follow his chronic diseases and disorders connected to mistreatments, misdiagnoses, and medical malpractice.

7. **2020-2021:** While keeping scheduled check-ups and follow-ups, CN health is increasing deterioration because of previous failed treatment plans, side effects from medicines, and adverse effects from IV-induced chemical imbalances disagreeable with CN's body function used in Westernized medicine. LCH is still CN's preferred hospital because of the distance and tracking reference to his medical records. Also keeping records with KFF mental therapist and case manager, who completed evaluations and analysis on CN's health and behavior, which promoted the care plan received at LCH. During CN's last checkup with the kidney specialists at LCH summer of 2020, kidney biopsy[19,10] was performed and discovered kidney failure with Blood-Urea-Nitrogen (BUN) blood levels[7,16] test results at 70 mg/dL (milligrams per deciliters), extremely high blood pressure levels of 160/100, severe swelling in the full body, imbalance mobility, with exhaustion and dehydration. Because of the treatments used, medicines prescribed, CN's previous ailments being born prematurely (CN requires specialized care for the rest of his living life as a permanently disabled Medicare beneficiary[21]), his health was in no doubt manipulated with carelessness. His specialized health conditions should have been treated as the type of care needed to suffice sustainable growth, and the operative measures used should have been a very last resort to conditions and future injuries associated with the current severity of the patient's healthcare treatment care plan.

4

**Superscripts references Appendix B, Table of Authorities Cited (Other) respectfully.

8. December 2020, Casey was diagnosed with Covid19 Exposure due to contaminant infecting environmental factors (school, food intake, airborne) that caused an increased failure of his kidney function BUN at 99 mg/dL. He was admitted into the LCH hospital to speak about further evaluations to treat Covid exposure and kidney failure. We agreed to speak with medical specialists after recovering from Covid exposure by using at-home remedies, because he did not want to be quarantined inside of the hospital without close family to be with him. Once clear of Covid, Margaret Hastings MD, a kidney specialist at LCH, mandated the hemodialysis[14] treatment with emergency access using a perma-catheter[25] tubal device; implanted in the upper right chest area close to the bottom neck area, through the jugular vein[18]. This access site is a channel for the blood filtering process used for treating kidney-diseased patients. The chest catheter tubing was too big for a pediatric patient, resulting in tubal erosion that caused bacterial and viral infections throughout CN's body, urinary and vascular blockage, and internal bleeding that has led to scarred tissues within the internal organs. No other forms of standard care options were considered for CN internal bodily injuries and damage; even when the patient and caregiver expressed complaints of excruciating pain in the chest and abdomen.

9. After noticing that the decision to treat CN's medical illnesses by use of hemodialysis[14] was more harmful than helpful to the patient, parental support decided to speak with the medical team in charge of this decision made for Casey. Family support asked to end the treatment that is detrimental to his health, and CN was labeled non-compliant, and taken out of his home into foster care, receiving

5

**Superscripts references Appendix B, Table of Authorities Cited (Other) respectfully.

traumatizing suffering and irreparable emotional damage contemplating suicidal thoughts and actions. No person should ever endure this kind of treatment for speaking up about events that have crippled him physically, emotionally, and socially. The State of Arkansas and Tennessee ruled the decision to remove CN from his safe haven environment. CN has a single mother who is his caregiver/guardian, a certified Medical Examiner and health expert performing independent evaluation of his medical care. Her character and academics have been defamed and undermined as incompetent for supporting CN in his decisions to reverse his health ailments that came from kidney misdiagnoses and hemodialysis[14] mistreatments.

10. **2022-2023:** Dr Nosratollah Nezakatgoo (Dr Goo), at Methodist Hospital (MH), along with Bluff City Vascular (BCV) Dr Omar Davis and Natarsha Grant MD, performed more surgical procedures pertaining to hemodialysis vascular access interventions; connecting the  basilic vein[5,6] located on the inner side of the left arm with the artery[4,16] in the same arm connected to the vein[37,17] for hemodialysis[14] treatments. The performance of continued dialysis treatments has desecrated his left arm, and complications and dangerous adversities with this procedure causes fluid overload (when the body receives too much solution; when the blood filtering machine gives the patient their cleaned blood back with mixed solutions used to rebalance the protein levels and nutrients loss during cleaning the blood inside the body of toxins), inflammation from high sodium levels, nerve damage, numbness, and tingling sensations in the body.  Casey had to receive 4 different operations for corrective action of unsuccessful surgeries for creating a suitable access site in his

6

**Superscripts references Appendix B, Table of Authorities Cited (Other) respectfully.

left arm, just to keep receiving hemodialysis[14] treatments (One would think that the professionals would have more accuracy since they have been performing similar routine procedures such as this for many years). 2 times BCV did not perform the connection to the vein and artery in the lower arm for the AV fistula and graft; and 2 times Dr Goo did not perform the connection of the vein and artery in the upper arm surgery for the AV fistula and graft correctly.

11. CN began to show signs of eroded surgical tube, implant device contamination when coughing up chunks of plastic mixed with blood and phlegm, rigid plastic materials stuck in the nasal cavity and throat requiring forced manual removal with forceps by home therapeutic treatment. Casey also receives recurring treatments for diagnoses of pneumonia and currently requires artificial oxygenation to sustain low RBC levels and extremely low oxygen saturation levels[23,11] since the startup of being dialyzed at LCH. No blood transfusions were performed that are aware, and during initiation up to termination of the HD treatments at LCH, RBC blood levels went from 14.4 g/dL to a staggering 3.4 g/dL (grams per deciliter)- extremely dangerous levels that could have been deadly without interference from the mother's medical knowledge and awareness.

## Baptist Medical Health Hospitals and Fresenius Kidney Care

Jonesboro and West Memphis AR: Years 2024 to 2025

12. 2023-2024: The year 2024 was a mission for CN to receive the specialized care needed for healing and getting his life back on track to normality. CN has visited many urgent care clinics, emergency rooms, and multiple overnight stays at hospitals in need of medical assistance; for guidance on how to manage the gross

7

**Superscripts references Appendix B, Table of Authorities Cited (Other) respectfully.

negligence endured during his lifetime as a special needs individual. Casey became a dialysis patient with Fresenius Kidney Care in West Memphis AR in November 2023, transitioning from pediatric to adult healthcare, but the ailments associated with multiple incision cuts, infectious contaminations with prescription drugs poisoning, and mechanical defects used for treating dialyzed patients has become fatal to his livelihood.

13. Baptist Medical Health (BMH) hospitals in West Memphis and Jonesboro AR performed procedures causing adverse reactions due to trying to treat CN symptoms[29] as a dialysis patient and a diabetic; when the blood cleaning process of HD creates low red blood cells (RBCs)/blood sugar levels, dehydration, and hypovolemic shock[17,16] that causes severe seizures. The adverse effects of dialysis treatments require patients to obtain blood transfusions, because the low RBC levels can cause high carbon dioxide levels, high blood acid levels, low oxygen saturation levels[23,11] falling as low as 70 percent, and organ failure[22]. Trying to voice opinionated facts towards the care plan received began another investigation from Arkansas Department of Health and Human Services (DHHS) Adult Protection Services (APS), because he is now an adult in his mother's care, whom the majority of medically unaware individuals think the mother is incompetent and confused,  feels that the only parent he has would put his decision to survive crucial tragedies in danger. These actions taken against CN and his family support system have created tragic memories, mental breakdowns contemplating suicide in Casey, with his mother and siblings witnessing these traumatic events.

8

**Superscripts references Appendix B, Table
of Authorities Cited (Other) respectfully.

transfusion to raise blood cell count in the patient. After the blood transfusion procedures in July 2025, Casey suffered a lethal blood infection from the blood supplied during HD treatment. This near-death incident caused a diagnosis of cirrhosis[10,6] (scarring) of the liver; that leads to uncontrollable swelling in the gut area. Cirrhosis[10,6] disease is progressing slowly, and CN is reacting well to the procedures used to reduce fluid buildup in the belly area. CN has suffered multiple infections, urinary tract infections and issues, and strokes/seizures associated with dialysis treatments. If the prognosis of the patient had not been observed carefully, these traumatic incidents would not have been discovered, resulting in fatality.

19. Attached along with this petition of justice is a video log of visual information pertaining to the types of treatments, medications, therapy, and operating procedures in the hospitals mentioned in this lawsuit case. A plea of attentive warning is shaping the hearts of authorities in a hierarchy position to help fund better research development to seek exceptional care, instead of minor concerns for dialysis patients. Ill patients who seek help from community health workers are not at fault because of their health condition(s) and should not feel less than human because of their life circumstances of ailment.

20. CN has the right as a unique human being to speak up about his overall health condition, how he feels emotionally about his situation, and decline treatment if he feels his life is threatened by the planned medical care specialists have decided for him. It is his decision, if he chooses, whether the medical faculty disagrees, and this is the breach in the scope of practice that has factions[13,] against the healthcare law and practices in the states of Arkansas and Tennessee that the petitioner has

11

**Superscripts references Appendix B, Table of Authorities Cited (Other) respectfully.

become aware of. The complainant, Casey Norment, has given his personal testimony to the adverse events[1,8] associated with multiple medical facilities mistreatments for various kidney diseases and linked disorders. All medical facilities who have treated kidney-diseased patients like Casey in the dual-state areas mentioned under investigation are using similar methods, but the answer to why these treatment methods are not working for CN, is a puzzling response on why he is being asked these types of questions.

12

**Superscripts references Appendix B, Table of Authorities Cited (Other) respectfully.

## IRREPARABLE INJURY

21. The formation of dialysis treatments is known as early as the 1950s in the United States, and there is dialysis machines built in the 1980s still being used to dialyze patients who suffer from kidney related health disorders. "How much longer will this go on?", are the words of Casey D Norment (CN) who has endured the traumatic horrors of prolonged hospitalizations, misdiagnoses, mistreatments, and decline of health due to failure of a healthcare system designed to save lives and help people cope with diseases and illnesses. As a result of faulty protocols and procedures, CN has experienced a lengthy list of adverse effects leading to multiple health complications from a decision to treat kidney dysfunction due to mistakes made by medical facilities in Arkansas and Tennessee. The petitioner is reaching out to proclaim justice for medical malpractice for a patient who has suffered injuries, damages, misdiagnoses, and neglect for his care as a disabled Medicare beneficiary[21] who is an adult teen. I am a medical expert witness to these convictions, as I am the mother of the patient. I have the evidence and knowledge to prove these allegations. Please review these accusations in observance by justice to support CN's lawsuit case:

- Casey has always peed on his own until the ongoing dialysis treatments causing little to no urine output.

- Acute kidney failure in 2020 due to COVID19 exposure. Emergency hemodialysis[14] performed without parental consent. The medical facility's reasoning is due to the patient being a minor, when the patient had a family member who was knowledgeable about the patient's underlying health conditions.

13

**Superscripts references Appendix B, Table
of Authorities Cited (Other) respectfully.

- Before starting the dialysis treatments, CN tried to communicate and collaborate with the medical teams' specialists at each hospital he was admitted and treated.

- The patient has been evaluated with other kidney treatment options because of the major damage and misdiagnoses arose from malice medical procedures.

- The patient was treated using intravenous steroid injections that caused ongoing swelling and cardiac arrest[8,2] in July 2016.

- Treatment {Tx} for end stage kidney cancer/disease was given before the patient had kidney failure; and before a full medical evaluation was completed to check for other body organ functions that may arise from viral diseases/illnesses.

- The patient has urethral obstruction/stenosis (discovered by urology specialists and CN's caregiver on 07/2025) due to nerve damage, foreign object contamination from Perma catheter[25] (chest tube access site for dialysis treatments) insert corrosion and Arteriovenous[3] fistula (AV fistula) insert used for hemodialysis treatment corrosion.

- Phimosis was the patient's beginning health diagnosis in 2012, which was denied treatment by attending medical facility (Le Bonheur Children's Hospital, Memphis TN) when the patient sought emergency help and completed routine checkup visits between 2011-2017.

- The patient was given treatment (Tx) for ADHD (misdiagnosed) at ages 6-12 yrs old through childcare medical facilities. Ascent Health and Kids for the Future in West Memphis, AR.

- No problems with bowel movements other than due to medications intake and surgeries that cause constipation and blood in stool (internal bleeding).

14

**Superscripts references Appendix B, Table of Authorities Cited (Other) respectfully.

- CDN has had multiple blood transfusions due to loss of blood cells in hemodialysis since 2024. RBC loss ensues respiratory complications and low oxygen saturation levels[23,11] in the patient. Le Bonheur Children's Hospital denied the RBC loss occurrences during years 2021 to 2022, resulting in contributing internal organs damages to the heart, brain, lung, liver, and pancreas.

- Blood infections are common with blood transfusion procedures and HD patients. The medical care teams at each medical facility treated would not acknowledge the viral infections until mentioned by CN's expert witness who is also his mother.

- Medical facilities have tried to diagnose CN as a diabetic. This is due to the low glucose levels that gradually surfaced as a HD patient.

- CN was labeled as non-compliant when speaking to medical professionals about adverse effects and symptoms[29] associated with HD treatment that causes missed, scheduled treatments.

- Each time CN receives treatment by venipuncture method for lab testing procedures, he is frequently injured because of varicose veins. This causes internal damage to healthy vessels and tissue and organ inflammation.

- Profuse swelling in abdomen (liver, pancreas, intestine, and stomach) area after treatment with blood transfusion and dialysis

- CN suffers from severe infections related to HD treatment. Informed medical staff of complications and patients suffering from adverse effects; no comment nor further evaluations performed.

15

**Superscripts references Appendix B, Table
of Authorities Cited (Other) respectfully.

Irreparable Injury

- Blood contamination, blood sepsis, bacteria in the blood, and foreign object discoveries recurrences are often in HD patients. When blood enters the saline bag from high pressures due to environmental factors concerning machine and human error, blood perfused to the saline bag that is used to help replace cleaned blood back into the patient body. Dialysis ultrafiltration machines release endotoxins and foreign object fragments when used on patients, and these substances/materials are affecting the dialysis patient during fission therapy.

- Patient WBC activity gradually and quickly increased during the beginning stages of hemodialysis Tx procedures.

- Fluid overload in HD patients is caused by the mixed solution products used to replace what is lost during the blood filtering process that the artificial machine transposes.

- The medical facilities malice behavior towards the patient speaking out about adverse events[1,8] occurred during medical treatments and evaluations due to renal and other organ complications have caused other medical complications to persist.

- Hate crime, racial discrimination, civil rights violation, gross neglect, medical malpractice, medical injury, surgical injury, medical gaslighting has occurred due to voicing educating knowledge about dangers and adverse effects of dialysis patients.

- **08/06/2025:** GI physician at SFH diagnose (DX) cirrhosis[10,6] of the liver and Hepatitis[15] C. CN liver function blood tests have been abnormal for 4 years after the start of hemodialysis treatments.

16

**Superscripts references Appendix B, Table of Authorities Cited (Other) respectfully.

- CN has been receiving paracentesis since July 2025 due to patient abdomen swelling and fluid buildup due to blood transfusion procedures of bad blood filtering infusion.

- Hospitalizations in September through February 2026, medical staff did not connect CN to vitals check because of proof that HF causes BP and HR levels to rise.

- **10-13-2025:** CN called for a staff nurse at SFH during hospitalization, and the call nurse took 30 minutes to respond after CN complained of severe body ache and pain.

- **November 2025-Present day:** of being treated for adverse effects associated with dialysis treatments and procedures has been incredibly stressful working with the hospital team at St Francis- Bartlett, TN. The reporter who is also CN's caregiver has been researching the procedures and protocols when dialyzing patients. Wanting to share this information with the dialysis team at St. Francis-Bartlett has been frustrating because of the blatant disregard of tips and regulations concerning treating dialysis patients. Whenever the dialysis team is treating a patient by hemodialysis and the patient begins to experience excruciating migraines, this is a key indicator that the patient is experiencing fluid overload from the ultrafiltration process of replenishing the dialysis patient's removed minerals, gases, and proteins that are stripped from the blood during the removal of toxins. CN has had multiple seizures each time on the dialysis machine when the complete removal of unclean blood from the body is depleted, and the process of putting the filtered blood back into the body began. Beginning, during, and after dialysis, CN's blood pressure is extremely high indicating stroke levels (>160/100); and his blood pressure lowers to

17

**Superscripts references Appendix B, Table of Authorities Cited (Other) respectfully.

moderately high (130/84 average readings) the next 1-3 days after his dialysis

treatment. Footage of the severity of seizures after adverse events associated with

dialysis treatments have been added to Appendix C.

18

**Superscripts references Appendix B, Table
of Authorities Cited (Other) respectfully.

RELIEF

22. The reporter/expert witness processing the petitioner's lawsuit, previously sought legal aid and advice from Arkansas and Tennessee attorneys who could give merit to the case. The report received no aid within the statute of limitations time limit after being convicted of negligence towards the plaintiff Casey D Norment. Reaching out to the judiciary personnel was unsuccessful, thus resulting in pro se litigation proceedings to seek justice for the plaintiff. Below are summaries of medical malpractice, negligence, and breach of duty cases that support the convictions towards the defendants involved:

## Punitive Damages

23. Evidence regarding the petitioner's medical injuries, willfully malicious practice of medicine, intentional covering up evidence, and disparities leading to financial strain and burden within the petitioner's family circle proves restitution compensation must be met to support the petitioner for the rest of his life. The ongoing medical bills, medical visits, and hospitalizations for the petitioner will be normal for his livelihood because of the negligence presented in his case. The ruling of the Court to grant certiorari means that a multitude of patients who are dialysis patients will receive proper skilled trainees and better treatment conditions for relief of pain and suffering that results from dialysis treatment methods and procedures.

## Compensatory Damages

24. The petitioner is suing the State of Arkansas, and the state of Tennessee for 5 billion dollars. Each healthcare facility involved in the makeshift of therapy services

19

Relief for the petitioner imposes a 1-billion-dollar fines/penalties for each of these unethical practices rendered toward the petitioner. The states involved were made aware of these accusations through legal aid and paralegal complaints to Centers for Medicaid/Medicare Services -Arkansas, and Tennessee Department of Joint Commission. The monetary compensation the petitioner seeks will suffice proper financial structure through the rest of his years and health ailments. The amount the petitioner is asking for will grant funding for the petitioner to become an advocate for like individuals who are suffering within the public community of individuals who are coping with the adverse effects of being a dialysis patient. The gain of monetary assets owed to the petitioner will help strengthen research study literature reviews for all victims bearing permanent disabilities and death associated with this national crisis as an abused dialysis patient in the United States of America.

## Non-Economic Damages

25. Casey Norment's normal childhood experiences were taken from him because of scientific experiments. He will never be able to repair the damage and injuries endured from these traumatizing outcomes. Pay special attention to the negative emotional and physical impacts the petitioner received during his life span. There are many individuals who have lived a longer life that will never understand the excruciating pain and suffering from adverse events from medical malpractice, medical injuries, and neglect.

## Fourteenth Amendment, Section 1:

20

**Superscripts references Appendix B, Table of Authorities Cited (Other) respectfully.

Relief

26. "All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws."

**Diggs v Arizona Cardiologists, Ltd.** 8 P.3d. 386 (Ariz. App. 2000)

27. Delay of care and misdiagnoses leading to medical malpractice and neglect follows the case of Mrs. Diggs who visited the ER with complaints of chest pain. The attending emergency physician was given an informal consult by an off-duty physician to discharge the patient with no severe ailments. In return, gave an adverse event towards the patient, leading to the death of the plaintiff due to cardiac arrest. Physician-patient relationship was established when the off-duty physician gave expert advice on how to treat the plaintiff's chest pain complaint (Aldalati, et.al., 2021).

**Estate of Fischel v Mujic M – New Jersey Estate of Joshua A. Fischel vs. Lejla Mujic, M.D., Emergency Medical Associates, et al.**

28. A 39-yr old male dies at home waiting for the ambulance from a 911 call made by the deceased wife, after being discharged from the emergency department. The plaintiff visited the ER with complaints of trouble breathing and was sent home with a diagnosis of bronchitis. The Court ruled in favor of medical negligence, awarding plaintiff 2.4 million dollars (Aldalati, et.al., 2021).

**Sozomentou v Arfaras – Florida Estate of Kyriacos Sozomentou vs. Arfaras, et al.**

21

**Superscripts references Appendix B, Table of Authorities Cited (Other) respectfully.

Relief

29. A 66-yr old man misdiagnosed after visiting ER with complaints of chest pain that presented pericardial tamponade after the plaintiff's death and autopsy report. Ruling in the favor of the plaintiff, 6.4 million dollars was awarded for medical malpractice; 5 million dollars awarded for pain and suffering (Aldalati, et.al., 2021).

**William Taylor et al. v. Winsted Memorial Hospital et al.**

30. Plaintiff was awarded 800 thousand dollars for the patient suffering medical injuries leading to a stroke. The plaintiff began an independent investigation on medical malpractice after reading an article on how to treat stroke symptoms/diagnoses. His concerns lead to discovery of motion after the statute of limitations, which caused the conviction to sustain evidence on verdict favor of the plaintiff.

22

**Superscripts references Appendix B, Table
of Authorities Cited (Other) respectfully.

## CONCLUSION

31. This complex subject is very emotional due to the many patients along with CN who have or are currently being injured by malpractice circumstances beyond their control. The procedure and processing types for HD are clear to the plaintiff and his expert witness, as research and peer outreach have been used for motion of discovery. Along with following patient medical charts pertaining to ER visits, hospitalizations, and dialysis clinics lab evaluations. No point of intent to decline HD treatment because at this phase of patient medical conditions worsening, help is needed to rapidly remove toxins from the body. More in-depth evidence-based research is ongoing, and the HD methods appear very unclear to all individuals involved in the patient's standard of care.

23

**Superscripts references Appendix B, Table
of Authorities Cited (Other) respectfully.

## RELATED CASES

*Diggs v Arizona Cardiologists Ltd (2000),* No. 1 CA-CV 98-0565, Court of Appeals of Arizona, Division 1. Judgment entered Aug. 8, 2000.

*Estate of Joshua A. Fischel vs. Lejla Mujic, M.D., et al.,* No. L-004249-14, Judge Jeffrey B. Beacham. Judgment entered May 10, 2019.

*Sozomentou v Arfaras- Florida Estate of Kyriacos Sozomentou vs. Arfaras, et al.,* No. 12-CA-015150, Broward County Circuit Court of Florida. Judgment entered Dec 6, 2019.

*William Taylor et al. v. Winsted Memorial Hospital et al.,* No. SC 16746, Supreme Court of Connecticut. Judgment entered Mar. 25, 2003.

OTHER (References: APA 7th Ed.)

1. Aldalati, A., Bellamkonda, V. R., Moore, G. P., & Finch, A. S. (2021). Three Cases of Emergency Department Medical Malpractice Involving "Consultations": How Is Liability Legally Determined?. *Clinical Practice and Cases in Emergency Medicine*, 5(3), 283–288. https://doi.org/10.5811/cpcem.2021.7.52680

2. American Heart Association. (2025, December 29). *What is cardiac arrest?*. Heart Attack and Stroke Symptoms. https://www.heart.org/en/health-topics/cardiac-arrest/about-cardiac-arrest#:~:text=Quick%20Facts%20*%20Cardiac%20arrest%20happens%20when,AED%20can%20help%20save%20a%20person's%20life.

3. Banton, C. (2025, April 28). Duopoly: *Definition in economics, types, and examples*. Investopedia. https://www.investopedia.com/terms/d/duopoly.asp

4. Board of Regents - University of Wisconsin System. (2026). *Medical Treatment Beyond First Aid*. Worker's Compensation Coordinators. https://www.wisconsin.edu/workers-compensation/coordinators/osha-record/medical-treatment/

5. Cernum Multum. (2025, August 6). *Solu-MEDROL injection*. Drugs.com. https://www.drugs.com/mtm/solu-medrol-injection.html

6. F.P. Dix, Y. Khan, H. Al-Khaffaf. (2006). *The Brachial Artery-basilic Vein Arterio-venous Fistula in Vascular Access for Haemodialysis" A Review Paper*.

7. European Journal of Vascular and Endovascular Surgery: Volume 31, Issue 1, Pages 70-79, ISSN 1078-5884. https://doi.org/10.1016/j.ejvs.2005.08.008.

8.  HHS Office of Inspector General. (2025, September 18). *Adverse events*. U.S. Department of Health and Human Services. https://oig.hhs.gov/reports/featured/adverse-events/

9.  Jerajani, H. (2019). *urticaria* (2nd;2; ed.). Jaypee Brothers Medical Publishers.

10. Mayo Foundation for Medical Education and Research. (2023, January 25). *Kidney biopsy*. Mayo Clinic. https://www.mayoclinic.org/tests-procedures/kidney-biopsy/about/pac20394494#:~:text=Most%20often%2C%20a%20doctor%20performs%20a%20kidney,needle%20into%20the%20kidney%20to%20remove%20tissue.

11. MN Department of Health. (2022, October 5). *Oxygen levels, pulse oximeters, and covid-19*. MN Dept. of Health. https://www.health.state.mn.us/diseases/coronavirus/pulseoximeter.html

12. MN Department of Health. (2025, January 8). *Palliative care*. https://www.health.state.mn.us/people/palliative/index.html

13. SimpleDocs. (2025, July 6). Lack of efficacy definition. Law Insider Inc. https://www.lawinsider.com/dictionary/lack-of-efficacy

14. Tang, Y. S., Tsai, Y. C., Chen, T. W., & Li, S. Y. (2022). Artificial Kidney Engineering: The Development of Dialysis Membranes for Blood Purification. Membranes, 12(2), 177. https://doi.org/10.3390/membranes12020177

15. Tinnitus symptoms and treatment options in Sarasota & Venice, FL. HearCare Audiology Center. (2025, November 18). https://myhearcare.com/ringing-ears-tinnitus/#:~:text=Hearing%20Protection.%20Avoid%20being%20exposed%20to%20loud,and%20keep%20your%20tinnitus%20from%20getting%20worse.

16. Wikimedia Foundation. (2024, March 15). *Vascular access*. Wikipedia. https://en.wikipedia.org/wiki/Vascular_access

17. World Health Organization. (2026). *Regulation and Prequalification*. World Health Organization. https://www.who.int/tools/health-products-regulation-and-prequalification-learning-catalogue/prequalification

Appendix |A

 **State of Tennessee**

**Health Facilities Commission**

665 Mainstream Drive, 2ⁿᵈ Floor, Nashville, TN  37243

www.tn.gov/hsda        Phone: 615-741-7221

July 7, 2025

Candice Phillips
2612 E Monroe Ave
West Memphis, AR 72301


 Candice Phillips:

This is a response to the complaint filed by you on July 7, 2025, regarding Saint Francis Bartlett Medical Center.

We have logged your complaint into the state's Complaint Tracking System.  A complaint investigation will be conducted by the state's regional office in which the facility is located. You will be notified once the complaint investigation has been completed by the assigned regional office as listed below. Also, you may wish to file a complaint with the Organization(s) listed below.

The Joint Commission
Office of Quality Monitoring
One Renaissance Boulevard
Oakbrook Terrace, IL 60181

You may also submit a complaint via their website at www.jointcommission.org.

To inquire about your complaint please call the regional office for which the facility is located and refer to the complaint number listed at the bottom of this letter. The office number is listed below:

**West Tennessee Regional Office (WTRO) 731-984-9684**


Thank you for notifying us of your concerns.         file· TN00076469


Sincerely,

Bridgette Centers RN

Complaint Intake Unit

A p p e n d i x  |B

## Vocabulary

1. Adverse event - An event in which care resulted in an undesirable clinical outcome-an outcome not caused by underlying disease-that prolonged the patient stay, caused permanent patient harm, required life-saving intervention, or contributed to death.

2. All-Cause Harm - Patient harm, regardless of preventability or cause. OIG captures all cause harm in its adverse event reports.

3. Arteriovenous Anastomosis (AVA) - A surgical procedure used for dialysis patients by connecting an artery and a vein for blood circulation and filtering.

4. Artery - Blood vessel that carries oxygenated blood to the heart.

5. Basilic vein-Brachial artery Anastomosis - Forearm vein/artery that runs from hand to upper arm on the inner side close to body. Used for hemodialysis by connecting both together surgically for blood filtering accessible care.

6. Brachiocephalic fistula - brachial artery is connected to the cephalic vein for blood vessel access.

7. BUN Blood levels - Blood test to measure the amount of urea and nitrogen in the blood for toxic waste.

8. Cardiac arrest - The heart starts beating, no pulse, loss of consciousness, abnormal breathing. Most times triggered by a heart attack.

9. Chronic endothelial cell injury - Artery and vein damages due to foreign object implantation, contamination, infection, and existing health comorbidities.

10. Cirrhosis - Liver cell and organ tissue scarring due to health disparities or internal medical injuries.

11. Duopoly - An economic market structure where two companies dominate or control the general supply or products for a specific service or brand.

12. Excess glucose ingestion = fatty liver

13. Faction - A small group within a larger group who have opposing views/ideas.

14. Hemodialysis - Treatment options for most patients suffering from chronic kidney disease that uses an artificial kidney (dialyzer) to filter a patient's bloodstream with replacement of "ultrafiltrate" (artificial clean) blood.

15. Hepatitis - Liver inflammation from viruses (A,B,C,D,E), toxins, alcohol, drugs, autoimmune diseases. Causing fatigue, jaundice (yellow eyes/skin), abdominal pain, dark urine, clay stool.

16. Hyperkalemia - High potassium levels in the blood.

17. Hypovolemic shock – Large amounts of body fluids loss, leading to abnormally low red blood cell levels.

18. Jugular vein - major blood vessels located in the neck and upper chest area, that supply blood flow to the brain back to the heart.

19. Kidney biopsy - A minor procedure inserting a thin needle into the kidney to remove kidney tissue to examine damage or disease.

20. Lack of efficacy - A treatment, service, or action that fails to produce the expected outcome or results.

21. Medicare beneficiary - A permanently/disabled individual whose insurance carrier is government assisted through the Centers for Medicare/Medicaid Services (CMS).

22. Organ failure - A body part's functioning that no longer conducts normal actions to sustain life.

23. Oxygen saturation levels- Measures the oxygen percentage in the blood. 95-100% of oxygen in blood is normal for healthy adults.

24. Palliative care - Specialized medical care for patients with any serious illness that may use curative treatments for symptoms relief.

25. Perma-Catheter/Central venous catheter (CVC) - tubal implantation within internal body parts, made most times of plastic substances, used for surgical operations or treatment procedures to provide immediate access to blood flow.

26. Pharmacovigilance - The science and activity of monitoring medications on the market to detect, assess, understand, and prevent adverse effects, or any other drug related problems.

27. Saline contamination - A sodium chloride (NaCL) and water (H20) mixed solution that become unusable after an erroneous incident of whole blood cells pumped into saline bags during IV transfusion procedures.

28. Solu-Medrol (methyl prednisone sodium succinate) - An intravenous or intramuscular injection treatment to release corticosteroids to reduce inflammation in the body caused by certain health conditions.

29. Symptoms - Chemical and allergic reactions related to medicinal intake for medical diseases or disorder treatments.

30. Thrombosis - Clot formation originating from the heart that travels by vein or artery, affecting organs of the body.

31. Tinnitus - hearing noises like ringing, buzzing, or hissing that are caused by medical deficiency or hereditary factors.

## CONSTITUTIONAL AND STATUTORY PROVISIONS INVOLVED

Fourteenth Amendment: Sec. 1

All cause harm[2,8]

Duopoly[11,3]

Lack of efficacy[20,13]

Pharmacovigilance[26,16]

Thrombosis[30]

Tinnitus[31,15]

Links related to the damage and injuries associated with patient Casey Norment. The links are for medical professionals who are expert witnesses to the punitive damage leading to the patient's health status:

- Expert witness in Medical Malpractice Lawsuit: https://www.justia.com/injury/medical-malpractice/expert-witnesses/

- Hemodialysis catheter complications: https://www.renalfellow.org/2019/04/29/hemodialysis-catheter-complications-and-what-to-do-about-them/

- Complications Associated with Permanent Internal Jugular Hemodialysis Catheter: A Retrospective Study: https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6590860/

- Central Venous Catheters in Dialysis: The Good, the Bad and the Ugly: https://openurologyandnephrologyjournal.com/VOLUME/5/PAGE/12/FULLTEXT/

- 5 Most Common Central Venous Catheter Complications: https://www.azuravascularcare.com/infodialysisaccess/central-venous-catheter-complications/

- Link to messages, images, videos concerning hospital visits, dialysis treatments, and bodily injuries from treatments: https://photos.app.goo.gl/P322CnZa6qGZLd58A

## References (APA 7th)

Arenas MD, Soriano R, Andrés M, Pascual E. Serum Urate Levels of Hemodialyzed Renal Patients Revisited. *J Clin Rheumatol*. 2021 Dec 1;27(8):e362-e366. doi: 10.1097/RHU.

DeBermudez, L., & Hayslett, J. P. (1972). Effect of methylprednisolone on renal function and the zonal distribution of blood flow in the rat. Circulation research, 31(1), 44–52. https://doi.org/10.1161/01.res.31.1.440000000000001438. PMID: 32568945.

Denier, Y., Dhaene, L., & Gastmans, C. (2019). 'You can give them wings to fly': a qualitative study on values-based leadership in health care. *BMC medical ethics*, 20(1), 35. https://doi.org/10.1186/s12910-019-0374-x

Jochimsen EM, Frenette C, Delorme M, Arduino M, Aguero S, Carson L, Ismaïl J, Lapierre S, Czyziw E, Tokars JI, Jarvis WR. A cluster of bloodstream infections and pyrogenic reactions among hemodialysis patients traced to dialysis machine waste-handling opion units. *Am J Nephrol*. 1998;18(6):485-9. doi: 10.1159/000013392. PMID: 9845821.

Kantor RJ, Carson LA, Graham DR, Petersen NJ, Favero MS. Outbreak of pyrogenic reactions at a dialysis center. Association with infusion of heparinized saline solution. *Am J Med*. 1983 Mar;74(3):449-56. doi: 10.1016/0002-9343(83)90978-6. PMID: 6829590.



